IN THE SUPREME COURT OF PENNSYLVANIA

|  | : |  |
|---|---|---|
| In Re: Accreditation of the National | : | No. 188 |
| Elder Law Foundation as Certifying | : | |
| Organization for Elder Law | : | Disciplinary Rules Docket |
|  | : | |
|  | : | |

**ORDER**

**PER CURIAM**

AND NOW, this 14th day of November, 2019, upon consideration of the recommendation of the Pennsylvania Bar Association Review and Certifying Board, the National Elder Law Foundation is hereby reaccredited as a certifying organization for elder law for a period of five (5) years, beginning on January 26, 2020.